UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALAWN BROWN, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>ROYAL POWER MANAGEMENT INC., *et al.*,<br><br>       Defendants.<br>_____/ | No. C-11-4822 EMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF VENUE; AND ORDER TO SHOW CAUSE**<br><br>**(Docket No. 6)** |

      Defendants' motion to dismiss Plaintiff's complaint for lack of venue came on for hearing before the Court on December 2, 2011. Docket No. 6. For the reasons stated on the record, the Court finds that venue is not proper in the Northern District of California and **GRANTS** Defendants' motion to dismiss. The Court transfers this case to the Central District of California. The Clerk of the Court is directed to transfer the case to the Central District of California.

      The Court also issues this order to show cause. Plaintiffs' counsel failed to provide **any** factual basis to demonstrate that venue was proper in the Northern District of California. Counsel alleged that venue was proper because Plaintiffs were employed in the Northern District by Defendants' alter ego companies, but Plaintiffs' counsel is unable to identify any individual

///
///
///
///

1  employed by Defendants in the Northern District or any of Defendants' alleged alter egos working
2  in the Northern District. Plaintiffs' counsel is ordered to show cause for why counsel should not be
3  sanctioned for failing to conduct a proper pre-investigation as required by Rule 11. A response to
4  this order to show cause must be filed by December 29, 2011.

5      This order disposes of Docket No. 6.

7      IT IS SO ORDERED.

9  Dated: December 8, 2011

                                                             _____
                                                             EDWARD M. CHEN
                                                             United States District Judge

United States District Court
For the Northern District of California

2